# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

James William Towner

    vs.

R. Woods, et al

JUDGMENT IN A CIVIL CASE

**CASE NO.**  9:08-CV-80

_____ **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THIS ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MARCH 20, 2008.

Dated:  March 20, 2008

Clerk of Court

  s/S. Potter

By:  Deputy Clerk